# EXHIBIT A

| | |
|---|---|
| **From:** | Allstate HR Direct <hrdirect@allstate.com> |
| **Sent:** | Monday, October 21, 2019 1:03 PM |
| **To:** | |
| **Subject:** | ACTION REQUIRED: Mutual Arbitration Agreement |



Oct. 21, 2019

## Key Highlights

- In rare instances, disputes may occur between an employee and their employer. The costs to all parties can be high and take years to address when resolved in the court system. That's why Allstate is joining many other large companies by rolling out arbitration agreements to more quickly and efficiently resolve these occasional disputes.
- Arbitration is a more efficient method for resolving disputes, and arbitrators who handle employment matters typically have extensive expertise in that area.
- Allstate will pay all arbitrator fees. If you choose to hire your own attorney, you will be responsible for those fees.
- All U.S. employees are being asked to sign the Mutual Arbitration Agreement by **Dec. 2, 2019.**
- Arbitration of disputes will be a required condition of employment for all U.S. employees. The only way to effectively opt out of the Mutual Arbitration Agreement is to resign your employment by **Dec. 2, 2019.**
- If you have questions, please refer to the **FAQ** or contact AskHR at (800) 340-0475.

In rare instances, disputes may occur between an employee and the company they work for. Though infrequent, the costs to all parties can be high and disputes can take years to address when resolved through the courts. As a result, Allstate is joining many other large companies by rolling out arbitration agreements to more quickly and efficiently resolve these disputes.

An arbitrator is an independent and impartial person empowered by the parties in a dispute to resolve their disagreement. Allstate's is a *mutual* arbitration agreement, requiring both the company and its U.S. employees to resolve most disputes in arbitration rather than in court. The Mutual Arbitration Agreement provides employees the same rights for disputes to be heard and resolved. And unlike other companies, in Allstate's Mutual Arbitration Agreement, there is no requirement that you keep arbitration matters confidential. The move to arbitration means when these rare disputes do occur, they'll be heard by an arbitrator jointly selected by you and Allstate, rather than by a court.

**Next Steps:**

The **terms of the Mutual Arbitration Agreement** (the "Agreement") are available right now for every U.S. employee to read. In the next couple of days, you will receive an email inviting you to e-sign the Agreement. The emails will be sent out in batches, so you may receive your invitation to sign earlier or later than some of your colleagues.

We know arbitration is a new process for many of you and that you may have questions or concerns. Please take some time to review the **Agreement** and the **Frequently Asked Questions** document.

**Once you receive the email inviting you to read and sign the Agreement, your choices are:**

- **Sign the Agreement:** You may sign anytime on or before **Dec. 2, 2019**, indicating you have read, understood and accept the **terms of the Agreement**. When you open the Agreement link, an e-signature process will prompt you to sign.

- **Resign your employment:** The only way to opt out of the Agreement is to resign from Allstate on or before **Dec. 2, 2019.** When you open the Agreement, the e-signature process will prompt you to either sign or "decline" to sign. Choosing the "decline" option notifies the company that you plan to resign your employment.

**If you take no action and do not sign the Agreement or resign from Allstate, then your continued employment after Dec. 2, 2019, will signify you accept the Agreement, binding you to its terms.**

We recognize that this is an important choice for you and want to be sure you have the tools and resources you need to understand the Agreement and next steps. If you have questions, please refer to the **FAQ** or contact AskHR at (800) 340-0475.

Thank you for all you do. No matter your role at Allstate, you are essential to the good we do. Your unique knowledge, background and perspectives make us better as we transform our company to meet changing customer demands. Every step counts, including our efforts to improve the dispute resolution process in a simpler, streamlined manner.

**Christy Harris**
Vice President, Human Resources

**Cathy Winn**
Vice President, Human Resources