

LINDA WONG
Member of NJ, PA, NY, VA, GA and DC Bars

lwong@wongfleming.com

October 30, 2024

**VIA ECF**
Honorable Arlene R. Lindsay, Magistrate Judge
U.S. District Court for the
   Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

    Re: **Malachy P. Lyons v. Allstate Insurance Company,**
          **Case No. 2:24-cv-03370**

Dear Judge Lindsay:

    This firm represents Defendant Allstate Insurance Company in the above referenced matter and have received Plaintiff Malachy Lyon's motion for an extension of time to respond, by November 15, 2024, to Allstate's motion to compel arbitration. Allstate does not object to Plaintiff's request for an extension to November 15.

                                Respectfully,

                                */s/ Linda Wong*
                                Linda Wong

LW/ss

cc:    Malachy P. Lyons, Plaintiff Pro Se *(via U.S.P.S. first class mail and electronic mail)*
       1440 Ackerson Boulevard
       Bay Shore, NY 11706
       splinterwone@aol.com

821 ALEXANDER ROAD, SUITE 200 ◆ P.O. BOX 3663 ◆ PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 ◆ FAX: (609) 951-0270
**WWW.WONGFLEMING.COM**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ ILLINOIS ◆ INDIANA ◆ MICHIGAN
NEW JERSEY ◆ NEW YORK ◆ PENNSYLVANIA ◆ TENNESSEE ◆ TEXAS ◆ WASHINGTON

ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED