UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALACHY P. LYONS, JR., <br><br> Plaintiff, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:24-cv-03370-ARL <br><br> **DECLARATION OF LINDA WONG** <br><br> *Electronically Filed* |

I, Linda Wong, of full age, hereby certify to the follow:

1.  I am a partner with the law firm of Wong Fleming and duly admitted to practice in this Court. I am the primary attorney responsible for the representation of Plaintiff Allstate Insurance Company in the above-captioned matter. As such, I am familiar with the underlying facts and procedural posture of this litigation.

2.  I make this certification in support of Plaintiff's Reply in Further Support of Motion to Compel Arbitration and Stay Proceedings.

3.  Attached as Exhibit A is a true and accurate copy of the unpublished decision of *Keller v. About, Inc.,* Case No. 21-CV-228-JMF 2021 U.S. Dist. LEXIS 862 (S.D.N.Y. May 5, 2021).

4.  Attached as Exhibit B is a true and accurate copy of the unpublished decision of *Martinez v. Bensusuan*, 2019 U.S. Dist. LEXIS 188580, (S.D.N.Y. October 30, 2019).

5.  Attached as Exhibit C is a true and accurate copy of the unpublished decision of *Meyer v. Starwood Hotels & Resorts Worldwide, Inc.*, 2001 U.S. Dist. LEXIS 6663* (S.D.N.Y. April 16, 2001).

6. Attached as Exhibit D is a true and accurate copy of the unpublished decision of *Palmer v. Starbucks Corp.*, 2024 U.S. Dist. LEXIS 98476 (S.D.N.Y. May 28, 2024).

7. Attached as Exhibit E is a true and accurate copy of the unpublished decision of *Vander v. Epana Networks, Inc.*, 2009 U.S. Dist. LEXIS 66899 (S.D.N.Y. 2009).

8. Attached as Exhibit F is a true and accurate copy of the unpublished decision of *White v. WeWork Cos., Inc.,* 2020 U.S. Dist. LEXIS 102354* (S.D.N.Y. July 11, 2020).

9. Attached as Exhibit G is a true and accurate copy of the Court's Order, dated May 23, 2024, in the case of Lyons v. New York State Division of Human Rights, et al., Index No. 606001/2024, dismissing Lyons' petition filed in the Supreme Court of the State of New York based upon lack of jurisdiction.

I certify that the foregoing statements made by me are true and that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

>                              */s/Linda Wong*
>                              Linda Wong

Dated: December 11, 2024