IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALACHY P. LYONS, JR., <br><br> Plaintiff, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:24-cv-03370-ARL |

## JOINT STATUS REPORT

Plaintiff Malachy P. Lyons, Jr. and Defendant Allstate Insurance Company ("Allstate"), by and through their undersigned counsel, hereby submits the following status report:

On May 14, 2025, the parties were unable to successfully mediate and mediation was concluded. Allstate is awaiting a decision on its Motion to Compel Arbitration, Docket No. 8. Taking into account the parties' past attempts at resolving this matter, a settlement conference before the Court would be beneficial.

Dated: October 7, 2025

_____  
Malachy P. Lyons, Jr.

/s/ Linda Wong  
Linda Wong  
Attorney for Allstate Insurance Co.

                                                  Wong Fleming, P.C.
                                                  Tel.: (609) 951-9520
                                                Email: lwong@wongfleming.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 7, 2025, a true and correct copy of the foregoing was filed via the Court's CM/ECF system, and that service will be accomplished by the CM/ECF system.